# EXHIBIT A



# *INTEROFFICE CORRESPONDENCE*

**TO:** Officer in Training (OIT) Wayne Brown, TD

**FROM:** Chuck Jordan, Chief of Police

**DATE:** September 4, 2019

**SUBJECT:** Personnel Order #19-257
Termination

On September 4, 2019, the Tulsa Police Department was made aware of social media postings made by you that violate Department Rules & Regulations and Policies and Procedures. Your employment with the Tulsa Police Department is hereby terminated, effective immediately. Your actions violated the following:

**Rule & Regulation 1, Duty to Adhere to the Oath of Office and Value Oath** states: *Officers shall take and abide by the Oath of Office. All employees shall abide by the Value Oath.*

**Rule & Regulation 8, Conduct Unbecoming an Officer or Police Employee** states, in part: *Employees shall not commit any act or indulge in any behavior, on or off duty, which tends to bring reproach or discredit upon the department. They shall not engage in any conduct that is considered unbecoming an officer or employee which might be detrimental to the service.*

**Policy and Procedure 31-324 (Social Media and Networking) Procedures C.6.** states: *Department personnel should be mindful that their speech, when using social media, is public and becomes part of the worldwide electronic domain. Therefore, adherence to the department's code of conduct is required in the personal use of social media. In particular, department personnel are prohibited from posting speech containing obscene or sexually explicit language, images, acts, and statements or other forms of speech that ridicule, malign, disparage, or otherwise express bias against any race, religion, or protected class of individuals.*

918 596 7442

By my signature, I acknowledge receipt of the original of this document.

Signature: _____  Payroll No: 2667

cc:  Deputy Chief Jonathan Brooks
    Deputy Chief Eric Dalgleish
    Deputy Chief Dennis Larsen
    Major Ryan Perkins, TD
    Captain Matt McCord, TD
    Division File
    Order File
    Van Evans, IA
    Joyce Powell, HR
    Gerald Bender, City Legal
    Cheri Harvell, Payroll
    Nancy Niewald, Timekeeper

I certify that I served the original of this document to OIT Wayne Brown at:

RID      09/04/19
Location      Date

Signed by: Capt. BA Carlisle

Badge No: 02212

THIS FORM AND ONE COPY OF THE SERVED ORDER TO BE RETURNED TO THE OFFICE OF THE CHIEF OF POLICE UPON COMPLETION OF SERVICE.

CJ:bac